People ex rel. Marinelli v Maginley-Liddie (2025 NY Slip Op 04660)

People ex rel. Marinelli v Maginley-Liddie

2025 NY Slip Op 04660

Decided on August 13, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 13, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
LARA J. GENOVESI
WILLIAM G. FORD
DONNA-MARIE E. GOLIA, JJ.

2025-08944 DECISION, ORDER & JUDGMENT

[*1]The People of the State of New York, ex rel. Robert Marinelli, on behalf of Christopher Marshall, petitioner, 
v
Lynelle Maginley-Liddie, etc., respondent.

Robert Marinelli, New York, NY, petitioner pro se.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Morgan J. Dennehy, and Roxana Moussavian of counsel), for respondent.

Writ of habeas corpus in the nature of an application to release Christopher Marshall upon his own recognizance upon Kings County Indictment No. 72527/2025, and application for waiver of costs, fees, and expenses.
ORDERED that the application for waiver of costs, fees, and expenses is granted to the extent that the filing fee imposed by CPLR 8022(b) is waived, and the application is otherwise denied as academic; and it is further,
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Kings County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
BARROS, J.P., GENOVESI, FORD and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court